Exhibit 2



FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/10/2015 9:00:31 PM
KEITH E. HOTTLE
Clerk

### THE UNIVERSITY OF TEXAS SYSTEM
*Office of General Counsel*

201 WEST SEVENTH STREET | AUSTIN, TEXAS 78701-2981
TELEPHONE (512) 499-4462
FAX (512) 499-4523

Timothy Boughal
*Health Law Attorney*

June 4, 2014

Mr. Paul Harlan
P.O. Box 2426
Freeport, Texas 77542-2426

RE:    *Healthcare Claim of Paul Harlan*
       OGC# 156205 TB-14-UTHSCSA

Dear Mr. Harlan:

Your letter of May 19, 2014 to Helen Markowski, M.D., Richard Raveesh, M.D., Justin Brazeal, M.D., William Bell, M.D., Matthew Napierala, M.D. and University Health Care System regarding your health care claim has been referred to this office for evaluation and management.

I am in the process of evaluating your claim, but must know what specific act or omission you allege violated the standard of care. If you have an expert opinion or other supporting evidence that is critical of the care you were provided, I would appreciate your providing this to me to assist in my evaluation. Following this review, I will be in a position to better respond to your correspondence.

While I cannot give you any legal advice, there are laws that strictly limit when and how a lawsuit for health care liability claims must be filed. I urge you to promptly consult with your own lawyer for advice about this matter.

If you have any questions or comments, please let me know. Thank you for your cooperation in this matter.

Sincerely,

Timothy Boughal

TB:ck

Exhibit 3

# THE LAW OFFICE OF
## CAMERON EHSANI LANDRY

### A PROFESSIONAL LEGAL COMPANY

ATTORNEY AT LAW

405 SOUTH BROAD ST.

Cameron Ehsani Landry

NEW ORLEANS, LOUISIANA 70119

Telephone: (888) 98-CIVIL
    Office: (504) 821-5000
Facsimile: (888) 550-1220

Website: www.98CIVIL.com
Email: EHSANILANDRY@GMAIL.COM

July 17, 2014

Mr. Timothy Boughal
The University of Texas System
Office of General Counsel
201 West Seventh Street,
Austin, TX, 78701-2981
Phone: 512-499-4462
Fax: 512-499-4523

via facsimile 512-499-4523

Re: Healthcare claim of Paul Harlan
OGC # 156205TB-14-UTHSCSA

Dear Mr. Timothy Boughal,

    Please be advised that our law office represents Mr. Paul Harlan in the above stated matter.

    Please find enclosed a letter from Dr. Richard G. Bush, M.D. The letter would serve as support to the statement that acts or omissions to act of specified in the complaint doctors fall below the standard of care for treatment of Mr. Harlan's type of fractures.

    Thank you in advance for your cooperation in this matter. Please feel free to contact me should you have any additional questions and/or concerns.

Sincerely yours,

Cameron Ehsani Landry
Attorney at Law

CEL/lcb
Enclosures: a copy of the letter from Dr. Richard G. Bush, M.D. – 1 page



### Dallas Limb Restoration Center
#### Richard G. Buch M.D.

4001 W.15th Street, Suite 290          Phone:     (469)443-0924
Plano Texas 75093                      Fax:       (469)443-0940

July 16, 2014

Cameron Ehsani Landry
Attorney at Law
405 South Broad St.
New Orleans, LA 70119

Via Facsimile: (888) 550-1220

Re: Paul Harlan -- Record review.

Dear Mr. Landry:

I reviewed the medical records provided from all treating doctors in this case. The original surgical construct used at the patient's initial surgery falls below the standard of care for treatment for these types of fractures.

The rodding of the femur was not done properly according to what is recommended by most orthopedic standards. This surgical construct was not biomechanically sound and was doomed to failure. There are two other treatment options well documented in literature that would have been appropriate. Either a longer plating technique or a locking rod from the trochanteric area should have been used. A rod placed from the knee should almost never be used in a subtrochanteric fracture like this. Specifically, the placement of this one was substandard. I believe that the surgery performed was below standard of care in this case.

Sincerely,

Richard G. Buch M.D.



Cameron Ehsani-Landry <ehsanilandry@gmail.com>

# OGC # 156205TB-14-UTHSCSA

**Cameron Ehsani-Landry** <ehsanilandry@gmail.com>
To: 5124994523@rcfax.com

Thu, Jul 17, 2014 at 3:32 PM

Please see attached

 **In to Uni of Texas System.pdf**
1054K